Andrews Lagasse Branch + Bell LLP
601 W. 1st Avenue, Suite 1400
Spokane, WA 99201

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLAIRE DOUGLAS and MARY JOAN ISABELL, HEATHER CARLON, and GINA PAWOLSKI individually, on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., U.S. BANK NATIONAL ASSOCIATION, and KEYCORP, National Banking Associations.<br>Defendants. | CASE NO. 2:20-cv-00193-JLR<br><br>**STIPULATION & ORDER EXTENDING CLASS CERTIFICATION DISCOVERY DEADLINE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**July 8, 2020**<br><br>Judge: James L. Robart<br><br>Complaint filed: 11/26/2019<br>Amended Complaint Filed: 2/07/2020 |

## I. STIPULATION

The parties, through their respective counsel, agree and stipulate as follows:

1. On or about May 1, 2020, the Court issued a Scheduling Order regarding Class Certification Motion. (Dkt. #23.)

2. Pursuant to the Court's May 1, 2020 Order, the "[d]eadline to complete discovery on class certification" was set as July 6, 2020. (Dkt. #23 at p. 1.)

3. The parties requested and noted various depositions for dates prior to the July 6, 2020 deadline. To accommodate the schedule of witnesses, the parties have agreed to

STIPULATION AND ORDER EXTENDING CLASS CERTIFICATION DISCOVERY DEADLINE
Case No. 2:20-CV-00193-JLR

1  reschedule those depositions to dates later in July, but before the August 4, 2020 class
2  certification deadline in Dkt. # 23.

3      4.    The parties therefore agree that a brief extension of the deadline for class
4  certification discovery is warranted for these depositions to occur. The parties agree that,
5  subject to court approval, the deadline to complete oral depositions related to class
6  certification should be extended to July 31, 2020.

7      5.    Accordingly, the parties request that the Court enter the below Order to that
8  effect.

9  SO STIPULATED.

10  DATED this July 7, 2020

11  Trial counsel for Plaintiffs:

    */s/ Richard E. Spoonemore*
    Richard E. Spoonemore
    Chris R. Youtz
    Daniel S. Gross
    Sirianni Youtz Spoonemore Hamburger PLLC
    3101 Western Ave., Suite 350
    Seattle, WA 98121
    Phone: (206) 223-0303
    Email: rspoonemore@sylaw.com
    Email: cyoutz@sylaw.com
    Email: daniel@sylaw.com

Trial Counsel for Defendant U.S. Bank National Association:

    */s/ Shawn Larsen-Bright*
    Shawn Larsen-Bright
    Dorsey & Whitney
    701 Fifth Ave., Suite 6100
    Seattle, WA 98104-7043
    Phone: (206) 903-8800
    Email: larsen.bright.shawn@dorsey.com

Trial Counsel for Defendant KeyCorp:

    */s/ Shannon McDougald*
    Shannon McDougald
    Trent Latta
    400 108th Avenue NE, Suite 510

Andrews Lagasse Branch + Bell LLP
601 W. 1st Avenue, Suite 1400
Spokane, WA 99201

Bellevue, WA 98004
Phone: (425) 455-2060
Email: smcdougald@mcdougaldlaw.com.
Email: tlatta@mcdougaldlaw.com

Trial Counsel for Defendant Bank of America, N.A.

/s/ *Garrett J. Williams*
Kelly Drew Folger
Garrett J. Williams
601 W. 1st Avenue, Suite 1400
Spokane, WA 99201
Phone: 509.481.9442
Email: kfolger@albblaw.com
Email: gwilliams@albblaw.com

STIPULATION AND ORDER EXTENDING CLASS CERTIFICATION DISCOVERY DEADLINE
Case No. 2:20-CV-00193-JLR

**ORDER**

Based on the foregoing Stipulation of the parties, and for good cause shown, the Court hereby orders that the deadline for oral depositions related to class certification is hereby continued to **July 31, 2020**. All other deadlines remain the same.

Dated this  20th  day of  July  2020

                                                                                  _____
                                                                                  Honorable James L. Robart
                                                                                  U.S. District Court Judge