The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAIRE DOUGLAS and MARY JOAN ISABELL, individually, on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>Defendant. | No. 2:20-cv-00193-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR (1) CLASS CERTIFICATION DISCOVERY, (2) RENEWED MOTION FOR CLASS CERTIFICATION, AND (3) RESPONSIVE PLEADINGS**<br><br>Noted for Consideration:<br>January 5, 2021 |

## I.  BACKGROUND

In an Order filed on November 19, 2020, the Court, *inter alia*, (1) granted Plaintiffs' motion to amend their complaint, (2) denied without prejudice Plaintiffs' motion for class certification and (3) set new deadlines for completing class discovery and filing a renewed motion for class certification.  *See* Dkt. No. 100.  Pursuant to that Order, class discovery must be completed by January 22, 2021, and a renewed motion for class certification must be filed by February 22, 2021.

After Plaintiffs filed their amended complaint on December 3, 2020, Dkt. No. 101, the parties entered serious settlement discussions.  Those discussions continue, and the

STIPULATION AND ORDER EXTENDING
CERTAIN DEADLINES– 1

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246

parties have agreed to jointly request extensions of the pending deadlines to facilitate that process.

## II.  STIPULATION

1.      Plaintiffs filed their Second Amended Complaint on December 3, 2020. The parties agree that, subject to approval by the Court, Bank of America does not need to respond to that pleading until February 22, 2021.

2.      In order to facilitate the ongoing settlement discussions between the parties, Bank of America and Plaintiffs agree, subject to Court approval, that the deadline to complete discovery on class certification issues set forth in docket No. 100 should be extended to March 22, 2021.

3.      In addition, the parties agree that, subject to Court approval, the deadline for Plaintiffs to renew their motion for class certification set forth in docket No. 100 should be extended to April 22, 2021.

DATED:  January 4, 2021.

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

 _/s/ Richard E. Spoonemore_
Richard E. Spoonemore, WSBA #21833
Chris R. Youtz, WSBA #7786
Daniel S. Gross, WSBA #23992
3101 Western Avenue, Suite 350
Seattle, WA  98121
Tel.: (206) 223-0303
Email: rick@sylaw.com
Email: chris@sylaw.com
Email: daniel@sylaw.com
*Attorneys for Plaintiffs*

LAGASSE BRANCH BELL + KINKEAD
LLP

 _/s/ Garrett J. Williams_
Kelly D. Folger, WSBA #39407
Garrett J. Williams, WSBA #52902
601 W. 1st Avenue, Suite 1400
Spokane, WA 99201
Telephone: (509)828-4408
Email:  kfolger@lbbklaw.com
Email:  gwilliams@lbbklaw.com
*Attorneys for Defendant*
*BANK OF AMERICA, N.A.*

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246

ATTORNEY WEST SEATTLE

 /s/ Eric J. Harrison
Eric J. Harrison, WSBA #46129
5400 California Avenue SW
Seattle, WA 98136
Tel. (206) 388-8092
Email: eric@attorneywestseattle.com
*Attorneys for Plaintiffs*

STIPULATION AND ORDER EXTENDING
CERTAIN DEADLINES– 3

### III.  ORDER

Based on the stipulation of the parties and for good cause shown, the deadline to complete discovery on class certification shall be extended from January 22, 2021 to March 22, 2021 and the deadline for Plaintiffs to file a renewed motion for class certification shall be extended from February 22, 2021 to April 22, 2021.  Defendant Bank of America shall file a responsive pleading to Plaintiffs' Second Amended Complaint by February 22, 2021.

DATED this 11th day of January, 2021.

_____
James L. Robart
United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

 /s/ Richard E. Spoonemore
Richard E. Spoonemore, WSBA #21833
Chris R. Youtz, WSBA #7786
Daniel S. Gross, WSBA #23992
3101 Western Avenue, Suite 350
Seattle, WA  98121
Tel.: (206) 223-0303
Email: rick@sylaw.com
Email: chris@sylaw.com
Email: daniel@sylaw.com
*Attorneys for Plaintiffs*

STIPULATION AND ORDER EXTENDING
CERTAIN DEADLINES– 4

ATTORNEY WEST SEATTLE

_/s/ Eric J. Harrison_
Eric J. Harrison, WSBA #46129
5400 California Avenue SW
Seattle, WA 98136
Tel. (206) 388-8092
Email: eric@attorneywestseattle.com
*Attorneys for Plaintiffs*

LAGASSE BRANCH BELL + KINKEAD
LLP

_/s/ Garrett J. Williams_
Kelly D. Folger, WSBA #39407
Garrett J. Williams, WSBA #52902
601 W. 1st Avenue, Suite 1400
Spokane, WA 99201
Telephone: (509)828-4408
Email:  kfolger@lbbklaw.com
Email:  gwilliams@lbbklaw.com
*Attorneys for Defendant*
*BANK OF AMERICA, N.A.*

STIPULATION AND ORDER EXTENDING
CERTAIN DEADLINES– 5