The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAIRE DOUGLAS and MARY JOAN ISABELL, individually, on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>Defendant. | No. 2:20-cv-00193-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Noted for Consideration:<br>April 22, 2021 |

### I. BACKGROUND

In an Order filed on November 19, 2020, the Court, *inter alia*, (1) granted Plaintiffs' motion to amend their complaint, (2) denied without prejudice Plaintiffs' motion for class certification and (3) set new deadlines for specified class-related actions. *See* Dkt. No. 100. Pursuant to that Order a renewed motion for class certification was to be filed by February 22, 2021.

After Plaintiffs filed their amended complaint on December 3, 2020, Dkt. No. 101, the parties entered serious settlement discussions. To facilitate those discussions, the parties jointly stipulated to the extension of that deadline to April 22, 2021, which the

STIPULATION AND ORDER EXTENDING DEADLINE – 1

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

Court approved in an Order entered on January 11, 2021. Dkt. No. 104. Since then, settlement discussions have continued fruitfully, with the parties' counsel approaching agreement on proposed settlement terms. Accordingly, the parties have agreed to jointly request a two-week extension of the pending class certification motion deadline to facilitate that process.

## II.  STIPULATION

The parties agree that, subject to Court approval, the deadline for Plaintiffs to renew their motion for class certification set forth in Dkt. No. 104 should be extended to May 6, 2021.

DATED:  April 22, 2021.

| | |
|---|---|
| SIRIANNI YOUTZ<br>SPOONEMORE HAMBURGER PLLC<br><br>  /s/ Daniel S. Gross<br>Richard E. Spoonemore, WSBA #21833<br>Chris R. Youtz, WSBA #7786<br>Daniel S. Gross, WSBA #23992<br>3101 Western Avenue, Suite 350<br>Seattle, WA  98121<br>Tel.: (206) 223-0303<br>Email: rick@sylaw.com<br>Email: chris@sylaw.com<br>Email: daniel@sylaw.com<br>*Attorneys for Plaintiffs*<br><br>ATTORNEY WEST SEATTLE<br><br>  /s/ Eric J. Harrison<br>Eric J. Harrison, WSBA #46129<br>5400 California Avenue SW<br>Seattle, WA 98136<br>Tel. (206) 388-8092<br>Email: eric@attorneywestseattle.com<br>*Attorneys for Plaintiffs* | PAINE HAMBLEN<br><br>  /s/ Garrett J. Williams<br>Kelly D. Folger, WSBA #39407<br>Garrett J. Williams, WSBA #52902<br>717 W. Sprague Avenue, Suite 1200<br>Spokane, WA 99201<br>Telephone: (509) 455-6000<br>Email:  kdf@painehamblen.com<br>Email:  gjw@painehamblen.com<br>*Attorneys for Defendant*<br>*BANK OF AMERICA, N.A.* |

STIPULATION AND ORDER EXTENDING
DEADLINE – 2

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246

### III.  ORDER

Based on the stipulation of the parties and for good cause shown, the deadline for Plaintiffs to file a renewed motion for class certification shall be extended from April 22, 2021 to May 6, 2021.

DATED this 26th day of April 2021.

_____
James L. Robart
United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

 /s/ Daniel S. Gross
Richard E. Spoonemore, WSBA #21833
Chris R. Youtz, WSBA #7786
Daniel S. Gross, WSBA #23992
3101 Western Avenue, Suite 350
Seattle, WA  98121
Tel.: (206) 223-0303
Email: rick@sylaw.com
Email: chris@sylaw.com
Email: daniel@sylaw.com
*Attorneys for Plaintiffs*

ATTORNEY WEST SEATTLE

 /s/ Eric J. Harrison
Eric J. Harrison, WSBA #46129
5400 California Avenue SW
Seattle, WA 98136
Tel. (206) 388-8092
Email: eric@attorneywestseattle.com
*Attorneys for Plaintiffs*

PAINE HAMBLEN

 /s/ Garrett J. Williams
Kelly D. Folger, WSBA #39407
Garrett J. Williams, WSBA #52902
717 W. Sprague Avenue, Suite 1200
Spokane, WA 99201
Telephone: (509) 455-6000
Email:  kdf@painehamblen.com
Email:  gjw@painehamblen.com
*Attorneys for Defendant*
*BANK OF AMERICA, N.A.*