The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAIRE DOUGLAS and MARY JOAN ISABELL, individually, on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>Defendant. | No. 2:20-cv-00193-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Noted for Consideration:<br>May 6, 2021 |

### I. BACKGROUND

In an Order filed on November 19, 2020, the Court, *inter alia*, (1) granted Plaintiffs' motion to amend their complaint, (2) denied without prejudice Plaintiffs' motion for class certification and (3) set new deadlines for specified class-related actions. *See* Dkt. No. 100. Pursuant to that Order a renewed motion for class certification was to be filed by February 22, 2021.

After Plaintiffs filed their amended complaint on December 3, 2020, Dkt. No. 101, the parties entered serious settlement discussions. To facilitate those discussions, the parties jointly stipulated to the extension of that deadline to April 22, 2021, which the

STIPULATION AND ORDER EXTENDING
DEADLINE – 1

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

Court approved in an Order entered on January 11, 2021. Dkt. No. 104.  As settlement discussions continued fruitfully, the parties jointly stipulated to the extension of the deadline to May 6, 2021, which the Court approved in an Order entered on April 26, 2021. Dkt. No. 110. With a handful of days left before the passage of that deadline, the parties' counsel reached agreement on the language of proposed settlement agreements (one primarily for the named Plaintiffs and others for putative class members – "claimants" - not named as Plaintiffs in the Second Amended Complaint). Plaintiffs' counsel is in the process of reviewing these agreements with plaintiffs and claimants. However, more time is required for Plaintiffs' counsel to review these 19 separate agreements (several of which are applicable to multiple plaintiffs or claimants) fairly and adequately with each of their proposed signatories.

   Accordingly, the parties have agreed to jointly request an extension of the pending class certification motion deadline to June 3, 2021 to facilitate that process.

STIPULATION AND ORDER EXTENDING
DEADLINE – 2

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

## II. STIPULATION

The parties agree that, subject to Court approval, the deadline for Plaintiffs to renew their motion for class certification set forth in Dkt. No. 110 should be extended to June 3, 2021.

DATED: May 6, 2021.

| | |
|---|---|
| SIRIANNI YOUTZ<br>SPOONEMORE HAMBURGER PLLC<br><br> /s/ Daniel S. Gross<br>Richard E. Spoonemore, WSBA #21833<br>Chris R. Youtz, WSBA #7786<br>Daniel S. Gross, WSBA #23992<br>3101 Western Avenue, Suite 350<br>Seattle, WA 98121<br>Tel.: (206) 223-0303<br>Email: rick@sylaw.com<br>Email: chris@sylaw.com<br>Email: daniel@sylaw.com<br>*Attorneys for Plaintiffs* | PAINE HAMBLEN<br><br> /s/ Garrett J. Williams<br>Kelly D. Folger, WSBA #39407<br>Garrett J. Williams, WSBA #52902<br>717 W. Sprague Avenue, Suite 1200<br>Spokane, WA 99201<br>Telephone: (509) 455-6000<br>Email: kdf@painehamblen.com<br>Email: gjw@painehamblen.com<br>*Attorneys for Defendant*<br>*BANK OF AMERICA, N.A.* |

ATTORNEY WEST SEATTLE

 /s/ Eric J. Harrison
Eric J. Harrison, WSBA #46129
5400 California Avenue SW
Seattle, WA 98136
Tel. (206) 388-8092
Email: eric@attorneywestseattle.com
*Attorneys for Plaintiffs*

STIPULATION AND ORDER EXTENDING
DEADLINE – 3

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

### III. ORDER

Based on the stipulation of the parties and for good cause shown, the deadline for Plaintiffs to file a renewed motion for class certification shall be extended from May 6, 2021 to June 3, 2021.

DATED this 7th day of May 2021.

_____
James L. Robart
United States District Judge