The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAIRE DOUGLAS and MARY JOAN ISABELL, individually, on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>Defendant. | No. 2:20-cv-00193-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>Noted for Consideration:<br>June 9, 2021 |

### I.  STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Claire Douglas and Mary Joan Isabell and Defendant Bank of America, N.A., by and through their undersigned counsel, respectively, hereby give notice that the parties have resolved this dispute by settlement and stipulate to the dismissal of this action, with prejudice of all claims without need of further Court order, with each party bearing its own attorney fees and costs except as the parties may otherwise agree between each other.

STIPULATION AND ORDER OF DISMISSAL – 1

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246

DATED this 9th day of June, 2021.

| SIRIANNI YOUTZ<br>SPOONEMORE HAMBURGER PLLC | PAINE HAMBLEN |
|---|---|
| *s/ Richard E. Spoonemore*<br>Richard E. Spoonemore, WSBA #21833<br>Chris R. Youtz, WSBA #7786<br>Daniel S. Gross, WSBA #23992<br>3101 Western Avenue, Suite 350<br>Seattle, WA 98121<br>Tel.: (206) 223-0303<br>Email: rick@sylaw.com<br>Email: chris@sylaw.com<br>Email: daniel@sylaw.com<br>*Attorneys for Plaintiffs* | *s/ Garrett J. Williams*<br>Kelly D. Folger, WSBA #39407<br>Garrett J. Williams, WSBA #52902<br>717 W. Sprague Avenue, Suite 1200<br>Spokane, WA 99201<br>Telephone: (509) 455-6000<br>Email: kdf@painehamblen.com<br>Email: gjw@painehamblen.com<br>*Attorneys for Defendant*<br>*BANK OF AMERICA, N.A.* |

ATTORNEY WEST SEATTLE

*s/ Eric J. Harrison*
Eric J. Harrison, WSBA #46129
5400 California Avenue SW
Seattle, WA 98136
Tel. (206) 388-8092
Email: eric@attorneywestseattle.com
*Attorneys for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL – 2

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

# II. ORDER OF DISMISSAL

Having been advised of settlement of this matter, and pursuant to the Stipulation of the parties, this case is hereby dismissed with prejudice and without attorney fees or costs awarded to either party by the Court.

DATED this 10th day of June, 2021.

_____
James L. Robart
United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

 *s/ Richard E. Spoonemore*
Richard E. Spoonemore, WSBA #21833
Chris R. Youtz, WSBA #7786
Daniel S. Gross, WSBA #23992
3101 Western Avenue, Suite 350
Seattle, WA  98121
Tel.: (206) 223-0303
Email: rick@sylaw.com
Email: chris@sylaw.com
Email: daniel@sylaw.com
*Attorneys for Plaintiffs*

ATTORNEY WEST SEATTLE

 *s/ Eric J. Harrison*
Eric J. Harrison, WSBA #46129
5400 California Avenue SW
Seattle, WA 98136
Tel. (206) 388-8092
Email: eric@attorneywestseattle.com
*Attorneys for Plaintiffs*

PAINE HAMBLEN

 *s/ Garrett J. Williams*
Kelly D. Folger, WSBA #39407
Garrett J. Williams, WSBA #52902
717 W. Sprague Avenue, Suite 1200
Spokane, WA 99201
Telephone: (509) 455-6000
Email:  kdf@painehamblen.com
Email:  gjw@painehamblen.com
*Attorneys for Defendant*
*BANK OF AMERICA, N.A.*

STIPULATION AND ORDER OF DISMISSAL – 3